UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA ANN WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:13-CV-686-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 41] are SUSTAINED, plaintiff's motion for judgment on the pleadings [D.E. 27] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 35] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. *§* 405(g).

**This Judgment Filed and Entered on March 19, 2015, and Copies To:**

| | |
|---|---|
| Angela R. Cinski | (via CM/ECF Notice of Electronic Fililng) |
| Michael A. Haar | (via CM/ECF Notice of Electronic Filing) |
| Todd J. Lewellen | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>March 19, 2015 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Courtney O'Brien<br>Deputy Clerk |