IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-00686-D

| | |
|---|---|
| PATRICIA ANN WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

After consideration of Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act and supporting memorandum, it is this **17** day of **September**, 2015, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,675.00.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE