IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:13-CV-00686-D

| | |
|---|---|
| PATRICIA ANN WRIGHT,<br>Plaintiff, | )<br>)<br>) |
| v. | ) ORDER |
| | ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>) |

On motion of Plaintiff's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b), that Plaintiff's counsel be awarded attorney's fees in the amount of $8,855.00.

SO ORDERED. This **23** day of September 2016.

JAMES C. DEVER III
Chief United States District Judge

1