UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICIA ANN WRIGHT, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
  v. )
         ) **CASE NO. 5:13-CV-686-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded attorney's fees in the amount of $8,855.00.

**This Judgment Filed and Entered on September 23, 2016, and Copies To:**
                                                       (via CM/ECF Notice of Electronic Filing)
Angela R. Cinski

Todd J. Lewellen                                   (via CM/ECF Notice of Electronic Filing)

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK
September 23, 2016                  (By) /s/ Nicole Briggeman
                                               Deputy Clerk